UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

        Plaintiff,

  vs.

WAYNE JEPPESON; ROBERT FOX; DONALD COLEMAN; and ROBERT AYERS, JR.,

        Defendants.

No. C 07-5209 PJH (PR)

**ORDER OF DISMISSAL**

This is a pro se civil rights action filed by a state prisoner. On the day the complaint was filed the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not provided a signed page five of the application, the "Certificate of Funds in Prisoner Account." Plaintiff was warned that the case would be dismissed if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days.

Plaintiff has filed another IFP application. Page five, the certificate of funds, still is not completed. Plaintiff notes that staff refuse to sign it unless he complies with their requirements, such as allowing them to "use their pretty (unrequired) rubberstamp." In short, plaintiff still has not provided a complete IFP application, and he has not paid the fling fee. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 3, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.07\CLARK5209.IRDP.wpd