United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

        Plaintiff,

vs.

WAYNE JEPPESON; ROBERT FOX; DONALD COLEMAN; and ROBERT AYERS, JR.,

        Defendants.
_____/

No. C 07-5209 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: January 3, 2008.

                        PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.07\CLARK5209.JUD.wpd