Clark, D, Plaintiff
C63000
SQ CA 94974

Clerk for
Judge Hamilton

E-filing

**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-18-08

re: C-07-5209  Clark v. Jefferson, Fox, Crews

Please send me an up to date case docket copy — Thank you.

Douglas Clark
Plaintiff

D. CLARK
(63000 (1 EVS)
San Quentin Ca
94974

legal
mail

Re CLARK v. JEPPESON, FOX, COTEMAN
# C-07-5209 PJH

U.S. DIST. CT.
CLERK FOR
JUDGE HAMILTON
450 GOLDEN GATE,
S.F. CA. 94102