Douglas Clark
C63000
S.Q. CA. 94974
Pro Se Plaintiff
(No Phone.)

RSVP ←

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

| | |
|---|---|
| Douglas Clark, <br> Plaintiff, <br> v. <br> W. Jeppeson; R. Fox; <br> D. Coleman; R. Ayers, Jr. <br> Defendants. | No. C. 07-5209 PJH (PR) <br><br> REQUEST FOR CURRENT COPY OF CASE DOCKET SHEETS. |

Clerk for Judge Hamilton!

Since filing & I.F.P., nothing has happened in this matter. Or has it?

I need to see the docket sheet. If the judge "dumped" this, too, I have not been told. Send docket; thank you.

Douglas Clark  7-21-08

7/25 — sent
docket sheet
PRO SE

