1  DOUGLAS CLARK
2  C63000 (Pro Per)
3  SAN QUENTIN CA 94974
4  PLAINTIFF

**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,
        PLAINTIFF,
    VS.
WAYNE JEPPESON; ROBERT FOX;
DONALD COLEMAN; ROBERT AYERS JR.
        DEFENDANTS.

C-07-5209 PJH

DEMAND FOR AN EXPLANATION HOW THIS COURT DISMISSED THIS CASE WITHOUT ACTUALLY TOUCHING IT.

I JUST RECEIVED A COPY OF THE DOCKET ON THIS CASE. I'VE WAITED PATIENTLY - I FILED IT, I FINALLY GOT THE PRISON TO SENT IFP FORMS, AND I WAITED, AND WAITED.

(1)

NOW I FIND OUT THIS JUDGE THINKS SHE ACTUALLY ACTED ON THIS CASE - AND FOR SOME NEVER-STATED EXCUSE, DISMISSED IT!!!

YOU NEVER MENTIONED THIS - OR SENT ME A COPY. YOU NEVER STATED ANY GROUNDS TO DISMISS IT.

TRUE - THE STATE PRISON SYSTEM CHOSE TO FILE BUT NEVER ANSWER MY ADMINISTRATIVE APPEAL (I FILED PROVE C.D.C.R. FLATLY REFUSED TO ANSWER EITHER ALLOWED LEVEL.)

IF THIS JUDGE WANTS TO DUCK IT, AS SHE DUMPED C-05-0351, IN SPITE OF PROOF CLAIM #1 WAS EXHAUSTED (DEF. EXH L-20, L-21) THEN SAY SO. JUST SAY THE COURT WILL NOT ALLOW PRISONERS' SUITS - BUT

(2)

THIS NONSENSE OF CLAIMING C-07-5209 WAS DISMISSED FOR NO STATED REASON, WITHOUT AN ORDER, IS NOT LEGAL.

ISSUE SOME KIND OF ORDER, SO I CAN APPEAL THESE CASES! THEY WERE MERGED/JOINED, AND THIS ONE IS STILL WAITING FOR SERVICE, OR AN ORDER SAYING HOW IT'S NOT BEING ALLOWED IN THIS COURT.

DO SOMETHING - TO ALLOW ME TO APPEAL THIS FARCE.

*Douglas Clark* 8-4-08
DOUGLAS CLARK
PLAINTIFF

(3)

CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05209-PJH
### Internal Use Only

Clark v. Jeppeson et al
Assigned to: Hon. Phyllis J. Hamilton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/11/2007
Date Terminated: 01/03/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Douglas Daniel Clark**  represented by  **Douglas Daniel Clark**
C-63000
San Quentin State Prison
San Quentin, CA 94974
PRO SE

V.

**Defendant**
Wayne Jeppeson

**Defendant**
Robert Fox

**Defendant**
Donald Coleman

**Defendant**
Robert Ayers, Jr.

*[Handwritten annotation across page: "Show me how THIS got DISMISSED — It was NOT joined (not addressed) to C-05-0351- filed (late) by SQSP IFP was POLICY/STAFF  D. Clark"]*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2007 | 1 | COMPLAINT against Wayne Jeppeson, Robert Fox, Donald Coleman, Robert Ayers, Jr. Filed byDouglas Daniel Clark. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 |   | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 4 | Letter from Plaintiff to Clerk dated 1/11/05. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/24/2007 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, |

|  |  | COURT STAFF) (Filed on 10/24/2007) (Entered: 10/25/2007) |
|---|---|---|
| 01/03/2008 | 6 | ORDER OF DISMISSAL. Signed by Judge Phyllis J. Hamilton on 1/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 7 | JUDGMENT. Signed by Judge Phyllis J. Hamilton on 1/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/14/2008 | 8 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/15/2008) |
| 01/23/2008 | 9 | Letter from Plaintiff to Clerk dated 1/14/08. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 10 | NOTICE re IFP forms by Douglas Daniel Clark (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 11 | NOTICE re refiling of case by Douglas Daniel Clark (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 |  | Received Document Copy of Complaint filed 10/11/07 by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 12 | MOTION to Relate Case CV-05-351 PJH filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/28/2008 |  | (Court only) ***Motions terminated: 12 MOTION to Relate Case filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 06/23/2008 | 13 | LETTER from Plaintiff to Clerk dated 6/18/08 requesting docket sheet. (far, COURT STAFF) (Filed on 6/23/2008) (Entered: 06/24/2008) |

DOUGLAS D. CLARK, C-63000-S.Q. CA., 94974

PROOF OF SERVICE

I'm a citizen of U.S.A., over 18, and swear that I submitted to prison staff for posting by "indigent postage" policies, the following documents:

DEMAND FOR ANY PROOF COURT ADDRESSED THIS CLAIM BEFORE DISMISSING IT AS "PART OF C-05-0351".

I addressed the envelopes to:

1. SCIANDRA, DEP. A.G.
455 Golden Gate Ave (#11000)
S.F. CA.
94102

Sworn true under penalty of perjury, this 4th day of AUG, 2008, at San Quentin, Calif.,

Douglas Clark (DOUGLAS CLARK.)
C-63000                    PLAINTIFF.
S.Q. CA. 94974

D. Clark
C63000 (1E45)
San Quentin Calif
~~94974~~ 94974

legal
mail

→ CLARK V. JEPPESSON
→ C-07-5209 PJH (PR)
→ (NOT C-05-0351)

CLE
JUDG
U.
45
S

RK FOR
E HAMILTON

S. DISTRICT COURT
0 GOLDEN GATE AVE
AN FRANCISCO, CALIF
94102

