DOUGLAS CLARK
C63000 (Pro Per)
SAN QUENTIN CA 94974
PLAINTIFF

**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,
         PLAINTIFF,
VS.
WAYNE JEPPESON; ROBERT FOX;
DONALD COLEMAN; ROBERT AYERS JR.
         DEFENDANTS.

C-07-5209 PJH

DEMAND FOR AN EXPLANATION HOW THIS COURT DISMISSED THIS CASE WITHOUT ACTUALLY TOUCHING IT.

I JUST RECEIVED A COPY OF THE DOCKET ON THIS CASE. I'VE WAITED PATIENTLY - I FILED IT, I FINALLY GOT THE PRISON TO SENT IFP FORMS, AND I WAITED, AND WAITED.

(1)

NOW I FIND OUT THIS JUDGE THINKS SHE ACTUALLY ACTED ON THIS CASE – AND FOR SOME NEVER-STATED EXCUSE, DISMISSED IT!!!

YOU NEVER MENTIONED THIS – OR SENT ME A COPY. YOU NEVER STATED ANY GROUNDS TO DISMISS IT.

TRUE – THE STATE PRISON SYSTEM CHOSE to FILE BUT NEVER ANSWER MY ADMINISTRATIVE APPEAL ( I FILED PROVE C.D.C.R. FLATLY REFUSED TO ANSWER EITHER ALLOWED LEVEL.)

IF THIS JUDGE WANTS TO DUCK IT, AS SHE DUMPED C-05-0351, IN SPITE OF PROOF CLAIM #1 WAS EXHAUSTED ( DEF. EXH L-20, L-21) THEN SAY SO. JUST SAY THE COURT WILL NOT ALLOW PRISONERS' SUITS – BUT

(2)

THIS NONSENSE OF CLAIMING C-07-5209 WAS DISMISSED FOR NO STATED REASON, WITHOUT AN ORDER, IS NOT LEGAL.

ISSUE SOME KIND OF ORDER, SO I CAN APPEAL THESE CASES! THEY WERE MERGED/JOINED, AND THIS ONE IS STILL WAITING FOR SERVICE, OR AN ORDER SAYING HOW IT'S NOT BEING ALLOWED IN THIS COURT.

DO SOMETHING — TO ALLOW ME TO APPEAL THIS FARCE.

*Douglas Clark* 8-4-08
DOUGLAS CLARK
PLAINTIFF

(3)

CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05209-PJH
### Internal Use Only

Clark v. Jeppeson et al
Assigned to: Hon. Phyllis J. Hamilton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/11/2007
Date Terminated: 01/03/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Douglas Daniel Clark**   represented by **Douglas Daniel Clark**
C-63000
San Quentin State Prison
San Quentin, CA 94974
PRO SE

V.

**Defendant**

**Wayne Jeppeson**

**Defendant**

**Robert Fox**

**Defendant**

**Donald Coleman**

**Defendant**

**Robert Ayers, Jr.**

*[Handwritten annotation: "— Show me how THIS got DISMISSED — It was not joined (not addressed) to C-05-0351 — IFP was filed (late) by SQSP POLICY/STAFF  D Clark"]*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2007 | 1 | COMPLAINT against Wayne Jeppeson, Robert Fox, Donald Coleman, Robert Ayers, Jr. Filed byDouglas Daniel Clark. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/11/2007 | 4 | Letter from Plaintiff to Clerk dated 1/11/05. (far, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/15/2007) |
| 10/24/2007 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 10/24/2007) (Entered: 10/25/2007) |
| 01/03/2008 | 6 | ORDER OF DISMISSAL. Signed by Judge Phyllis J. Hamilton on 1/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 7 | JUDGMENT. Signed by Judge Phyllis J. Hamilton on 1/3/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/14/2008 | 8 | MOTION for Leave to Proceed in forma pauperis filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/15/2008) |
| 01/23/2008 | 9 | Letter from Plaintiff to Clerk dated 1/14/08. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 10 | NOTICE re IFP forms by Douglas Daniel Clark (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 11 | NOTICE re refiling of case by Douglas Daniel Clark (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | | Received Document Copy of Complaint filed 10/11/07 by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/23/2008 | 12 | MOTION to Relate Case CV-05-351 PJH filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/28/2008 | | (Court only) ***Motions terminated: 12 MOTION to Relate Case filed by Douglas Daniel Clark. (far, COURT STAFF) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 06/23/2008 | 13 | LETTER from Plaintiff to Clerk dated 6/18/08 requesting docket sheet. (far, COURT STAFF) (Filed on 6/23/2008) (Entered: 06/24/2008) |

DOUGLAS D. CLARK, C-63000 - SQ. CA., 94974

PROOF OF SERVICE

I'M A CITIZEN OF U.S.A., OVER 18, AND SWEAR THAT I SUBMITTED TO PRISON STAFF FOR POSTING BY "INDIGENT POSTAGE" POLICIES, THE FOLLOWING DOCUMENTS:

DEMANDS FOR ANY PROOF COURT ADDRESSED THIS CLAIM BEFORE DISMISSING IT AS "PART OF C-05-0351".

I ADDRESSED THE ENVELOPES TO:

1. SCIANDRA, DEP. A.G.
455 Golden gate ave (# 11000)
S.F. CA.
94102

SWORN TRUE UNDER PENALTY OF PERJURY, THIS 4th DAY OF AUG, 2008, AT SAN QUENTIN, CALIF.,

Douglas Clark   (DOUGLAS CLARK.)
C-63000          PLAINTIFF.
S.Q. CA. 94974

D. Clark
C63000 (1E45)
San Quentin Calif
~~94974~~ 94974

legal
mail

→ CLARK v. JEPPESSON
→ C-07-5209 PJH (PR)
→ ( NOT C-05-0357 )

CLE
JUDG
U.
45
S

RK FOR
E HAMILTON

S. DISTRICT COURT
O GOLDEN GATE AVE
AN FRANCISCO, CALIF
94102