UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

    Plaintiff,

vs.

WAYNE JEPPESON; ROBERT FOX; DONALD COLEMAN; and ROBERT AYERS, JR.,

    Defendants.

No. C 07-5209 PJH (PR)

**ORDER**

    This is a pro se civil rights action filed by a state prisoner. Plaintiff has filed a document captioned "Demand for an Explanation How this Court Dismissed this Case Without Actually Touching It." In it he claims that he did not receive a copy of the order of dismissal. The clerk shall send him another copy of the order, which is document number six on the docket.

    **IT IS SO ORDERED.**

Dated: August 14, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.07\CLARK5209.MIS.wpd