1 | DOUGLAS CLARK
2 | C 63,000
3 | SAN QUENTIN, CA. 94974
4 | PRO SE PLAINTIFF (NO PHONE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK, PLAINTIFF, vs. WAYNE JEPPESON; ROBERT FOX; DONALD COLEMAN; DEFENDANTS. | CASE No: C-07-5209 PJH/RR NOTICE OF REQUEST FOR HEARINGS AT EARLIEST POSSIBLE TIME ABOUT THIS COURT'S HANDLING OF FULLY FILED IFP PAPERS. |

I FOLLOWED SQSP'S NEW RULES ON IFP'S AS OF JAN 11, 2008. AS MY PRIOR IFP STATED THIS NEW SYSTEM PROVIDES ZERO "PROOF OF SERVICE." IT'S TIME THIS COURT REVIEWED AND RESOLVED THIS FARCE.

(1)

| | |
|---|---|
| REPORT ID: TS3030 .701 | REPORT DATE: 01/11/08<br>PAGE NO: 1 |

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER  : C63000                      BED/CELL NUMBER: EY1 000000000455
ACCOUNT NAME    : CLARK, DOUGLAS DANIEL        ACCOUNT TYPE: I
PRIVILEGE GROUP : D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
0.00

[Stamp: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: [signature] 1-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE]

---

Mr. Clark, recv'd your package on late Thursday, 1-10-08, I certified all paper needed and it went out on Friday, 1-11-08, and you are welcome.
Larry Ward, SAO
Trust Office

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/30/08
                                                                     PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: APR. 01, 2008 THRU JUN. 30, 2008

ACCOUNT NUMBER  : C63000                         BED/CELL NUMBER: EY1 000000000045S
ACCOUNT NAME    : CLARK, DOUGLAS DANIEL                ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                TRUST ACCOUNT ACTIVITY

      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                TRUST ACCOUNT SUMMARY

     BEGINNING        TOTAL           TOTAL          CURRENT         HOLDS         TRANSACTIONS
      BALANCE        DEPOSITS      WITHDRAWALS       BALANCE        BALANCE        TO BE POSTED

        0.00           0.00            0.00           0.00           0.00             0.00


                                                                               CURRENT
                                                                              AVAILABLE
                                                                               BALANCE

                                                                                 0.00
```

1. ON JAN 11, 2008, PER THE ONLY STAFF I
2. CAN DISCUSS I.F.P. PAPERWORK WITH AT SQSP
3. (ACCT. SUPERVISOR LARRY WARD), THE FULLY AND
4. PROPERLY PROCESSED IFP FORMS THE COURT'S
5. ORDER DEMANDED WERE "SENT".
6. SENT TO W<u>HOM</u>?
7. SENT <u>HOW</u>?
8. <u>WHO</u> IS SUPPOSED TO ACTUALLY PLACE THE
9. FORMS IN THE U.S. MAIL?   <u>WHEN</u>?
10. WHO CAN FILL OUT A PROOF OF SERVICE,
11. WHEN NO ONE KNOWS WHAT WAS STILL IN THE
12. <u>OPEN</u>, <u>UNLOGGED</u>, <u>NON-CONFIDENTIAL</u> <u>LEGAL MAIL</u>?
13. GEE - WHAT A MESS - YOU'D THINK THIS
14. NEW SQSP POLICY OF <u>NOT</u> SENDING IFP
15. FORMS <u>TO ME</u>, TO MAIL, BY S<u>EALED</u>, L<u>OGGED</u>,
16. "<u>PROOF-OF-SERVICED</u>", WOULD NOT BE LEGALLY
17. APPROVED.
18. GEE - YOU'D THINK PLAINTIFF-PRISONERS

(1)

MIGHT PROTEST HOW INHERENTLY UNRELIABLE AND DOWN-RIGHT <u>ILLEGAL</u> THIS "POLICY" IS.

YOU'D BE RIGHT.

I TOLD YOU SO.

BUT, AS IS BECOMING READILY PROVED FACT, JUDGE HAMILTON SIMPLY <u>IGNORED</u> MY FILING - (SEE INITIAL IFP "PACKAGE.") - AND GAVE THE STATE A "WIN", BECAUSE THE <u>STATE'S</u> FARCICAL NEW PROCEDURE FOR <u>IFP FORMS</u> COMPLETELY "SNAFU'ED."

THE "PROCEDURE" SENT YOU IFP'S, ON 1-11-08. YOU CLAIM TO NOT HAVE THEM.

<u>I TOLD YOU</u> THIS NEW SYSTEM WAS A DISASTER WAITING TO HAPPEN.

<u>YOU IGNORED ME.</u>

<u>IT HAPPENED.</u>

IT'S TIME JUDGE HAMILTON QUIT IGNORING

(2)

1  MY FILINGS — OR WHINING THEY ARE
2  ALL "HEAT, NO LIGHT," WHEN I POINT OUT
3
4  DEF. EXH. "L-2" IS A FRAUD UPON THE COURT,
5  AS PROVED BY DEF. EXH. L-20 & L-26. OR,
6
7  STATE LAW PRECLUDES 3RD LEVEL REVIEW OF
8  CLAIM 5B. (IN C-05-0351.)
9
10     MAYBE YOU SHOULD TRY READING, BEFORE
11
12  YOU GRANT THE "STATE" A TOTAL VICTORY,
13
14  ON IMPROPER FOUNDATIONS, AGAIN, AGAIN,
15
16  AND NOW, AGAIN!
17
18     I TOLD YOU THIS RIDICULOUSLY
19
20  UN-LEGAL "SERVICE" OF IFP'S WOULD
21  SCREW UP...
22
23     ATTACHED ARE: (1) DOCUMENTS, THE ONLY
24
25  ONES POSSIBLE, to PROVE I PROCESSED IFP
26  FORMS AS OF 1-11-08.
27
28            (2) NEW IFP'S. IF THIS GETS
   MAILED — NO ONE CAN PROVE THE LAST SET

WAS MAILED... (YOU APPROVED THIS SILLY PROCEDURE, BY IGNORING MY PROTEST OF IT.)

WILL THIS ARRIVE?
WILL IT GET MAILED?
WHEN?
BY WHOM?

ONLY THE WIZARD KNOWS, UNDER SQSP's NEW "JUDGE-HAMILTON-APPROVED SYSTEM."

NO PROOF OF SERVICE IS ATTACHED. I CAN ONLY SEND THIS & IFP FORMS to "SQSP TRUST OFFICE," OPEN, UN-LOGGED, UNSIGNED BY TIER OFFICER —
— to HOPE TRUST OFFICE STAFF GET IT.
— to HOPE THEY PROCESS IFP FORMS.
— to HOPE THEY SEND IT ALL TO MAIL ROOM. (STILL OPEN & UNLOGGED)

(4)

— to HOPE IT ARRIVES IN MAIL ROOM INTACT — (OPEN)

— to HOPE MAIL ROOM PUTS POSTAGE ON IT. (I'm INDIGENT.)

— to HOPE THEY SEAL IT,

— THEN HOPE THEY MAIL IT.

THEN, MAYBE, YOU'LL GET THIS SECOND FULL SET. MAYBE YOU'LL (NUNC PRO TUNC) FILE THE LAWSUIT.

THAT'S A LOT to HOPE FOR — WITH A JUDGE WHO'LL ACCEPT BLATANT LIES BY A STATE LAWYER, to FABRICATE EXCUSES to DISMISS MY CASE — CLAIMS, OVER MY DETAILED FILING EXPOSING SAME.

(5)

I MOVE THIS "COURT" to:

(1) ACCEPT THE FACT SQSP STAFF SAYS THEY MAILED FULLY PROCESSED IFP FORMS ON 1-11-08.

(2) NUNC-PRO TUNC, FILE THIS CASE, AS OF 1-12-08. (HOUSTON V. LACK, MAILBOX RULE.)

(3) IN THE ALTERNATIVE, FILE IT NOW, WITH THE NEXT SET OF IFP'S.

(4) HOLD AN ACTUAL UNBIASED HEARING REGARDING THE IMPROPER PROCEDURE AT SQSP FOR PROCESSING & MAILING IFP FORMS IN FEDERAL (OR ANY) COURTS.

(5) START READING MY FILINGS BEFORE BLINDLY RULING AGAINST ME.

*Douglas Clark*    8-25-08
DOUGLAS CLARK
PLAINTIFF.

D. CLARK
C63000 (1E45)
SQ CA 94974
— PLAINTIFF —

9-2-08

C-07-5209 PJH (PR)

Clerk for
Judge Hamilton:

Trust Account Officer Larry Ward told me on Friday, 1230PM, 8/29/08, he personally will process IFP forms and place REFILE 42 USC 1983 suits (4) into my (open) envelope, and carry them all to mailroom at SQSP, and instruct mail sergeant (no name) to post this all to you.

When?

Who the hell knows?

This new system at SQSP does not allow any proof of service, logging, or other record. We did this in January 08, and Judge Hamilton says she didn't get it.

Try try try again —

D. Clark
Plaintiff

C-07-5209 PJH (PR)

DOUGLAS D. CLARK, C-63000 - S.Q. CA., 94974

## PROOF OF SERVICE

I'M A CITIZEN OF U.S.A., OVER 18, AND SWEAR THAT I SUBMITTED TO PRISON STAFF FOR POSTING BY "INDIGENT POSTAGE" POLICIES, THE FOLLOWING DOCUMENTS:

NOTICE AND REQUEST FOR ACTUAL HEARING ON COURT'S MIS-HANDLING OF "IFP" MATTERS.

I ADDRESSED THE ENVELOPES TO:
JUDGE HAMILTON'S CLERK,
U.S. DIST. COURT
450 GOLDEN GATE AVE
S.F. CA. 90012

SWORN TRUE UNDER PENALTY OF PERJURY, THIS 2ND DAY OF SEPT., 2008, AT SAN QUENTIN, CALIF.,

Douglas Clark (DOUGLAS CLARK.)
C-63000                    PLAINTIFF.
S.Q. CA. 94974

Douglas Clark
C63000 (1EY45)
San Quentin CA.
94974

CONFIDENTIAL
LEGAL
MAIL

CLERK FOR
JUDGE HAMIL[TON]
U.S. DIST. COU[RT]
450 GOLDEN G[ATE]
S.F., CA.

CLERK!
ANOTHER 'MOTION'
RE: IFP POLICIES
AT SQSP.
(she IGNORED prior
two motions on it.)
C-07-5209. PJH (PR)

2
1
TE AVE
0012

I.F.P. Motion

CLARK V. JEPPESON,
FOX, COLEMAN
C-07-5209 PJH (RR)
MYERS

Case 3:07-cv-05209-PJH    Document 18    Filed 09/09/2008    Page 14 of 14



*[Signature, dated 9/9/08]*